United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-12148-amc
Kenneth K. Apessos                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
db         +Kenneth K. Apessos,    330 Jacksonville Road,    Apt. 16-309,    Warminster, PA 18974-6420
cr         +Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
12337816   +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
12951063   +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
12337817   +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518,
             ccpc@ccpclaw.com
12337818   +Cibik and Cataldo, P.C.,    437 Chestnut Street,    Suite 1000,    Philadelphia, PA 19106-2410
12337820   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
12337821   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
12434444   +GMAC Mortgage, LLC,    Bankruptcy Department,    GMAC Mortgage, LLC,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
12337822   +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
12337823   +Goldbeck, McCafferty and McKeever,    Mellon Center-Suite 5000,    701 Market Street,
             Philadelphia, PA 19106-1541
12385769   +HSBC  Bank Nevada, N.A.,    By PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
12337824   +Hsbc Bank,    PO BOX 5253,    Carol Stream, IL 60197-5253
12337826    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
12337827   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:16
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 19 2016 01:55:09
             GREEN TREE CONSUMER DISCOUNT COMPANY,    P.O.Box 6154,    Rapid City, SD  57709-6154
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:17:10
             PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
12445201   +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:55:48     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12337819   +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:06     City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
12973361    E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 19 2016 01:55:09     Green Tree Servicing, LLC,
             P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
12337825    E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 01:55:04     I.R.S.,    Special Procedures Branch,
             Insolvency Unit,    P.O. Box 21126,    Philadelphia, PA 19114-0326
13030623   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:02:57
             PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13021698   +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:56:00     Vanda, LLC,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
             Seattle, WA 98121-3132
12434445*    +GMAC Mortgage, LLC,    Bankruptcy Department,    GMAC Mortgage, LLC,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
                                                                                TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                    Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor   GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ann Lisa Smith    on behalf of Creditor    Ditech Financial LLC ann.smith@gtservicing.com
              MICHAEL A. CATALDO2    on behalf of Debtor Kenneth K. Apessos ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Kenneth K. Apessos ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PETER J. MULCAHY    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kenneth K. Apessos
    Debtor(s)

Bankruptcy No: 11−12148−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/18/16

63 – 62
Form 138_new